

FILED _____   RECEIVED _____
ENTERED _____   SERVED ON _____
COUNSEL/PARTIES OF RECORD

DEC 2 7 2010

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

DISTRICT OF NEVADA

10

METRO ACQUISITIONS, LLC, an Indiana
limited liability company,

11

Case No. 2:08-cv-00524-RCJ-LRL

12          Plaintiff,

vs.

13

**ORDER AND FINAL AMENDED
JUDGMENT AGAINST DEFENDANT
SUNSET III, LLC**

SUNSET III, LLC, a Nevada limited liability
company; NEVADA TITLE COMPANY, a
Nevada corporation; DOES 1 through 10; and
ROE BUSINESS ENTITIES 1 through 10,
inclusive,

14

15

16

          Defendants.

17

18          WHEREAS this matter having come on regularly before the Court upon Plaintiff's

19   Motion for Attorney's Fees, on December 3, 2010.  The Court, having reviewed Plaintiff's

20   Motion and having found good cause appearing therefore,

21          IT IS ORDERED that Plaintiff's Motion for Attorney's Fees is hereby GRANTED and

22   Plaintiff Metro Acquisitions, LLC is hereby awarded its attorneys' fees in the amount of

23   $98,660.75 and costs in the amount of $10,140.93.

24          IT IS FURTHER ORDERED that the Amended Judgment in a Civil Case entered April

KAEMPFER CROWELL RENSHAW
GRONAUER & FIORENTINO
8345 West Sunset Road
Suite 250
Las Vegas, Nevada 89113

955208_1.DOC  12555.10

Page 1 of 2

1   29, 2010 by the Clerk (Doc. #64) in favor of Plaintiff and against Defendant Sunset III, LLC is

2   hereby amended accordingly.

3        The Court shall reserve jurisdiction to periodically amend this judgment to revise the

4   attorney's fees/costs damage award to reflect additional legal fees, expenses, costs and/or

5   disbursements incurred by Plaintiff.

6   **IT IS SO ORDERED.**

7       DATED: December 27, 2010

8

9   ROBERT C. JONES
    UNITED STATES DISTRICT COURT JUDGE

10

11   Respectfully Submitted By:

12   KAEMPFER CROWELL RENSHAW
    GRONAUER & FIORENTINO

13

14   JAMES E. SMYTH II (Nevada Bar No. 6506)

15   SEVERIN A. CARLSON (Nevada Bar No. 9373)
    8345 West Sunset Road, Suite 250

16   Las Vegas, Nevada 89113
    **Attorneys for Plaintiff**

17

18

19

20

21

22

23

24

KAEMPFER CROWELL RENSHAW
GRONAUER & FIORENTINO
8345 West Sunset Road
Suite 250
Las Vegas, Nevada 89113

955208_1.DOC  12555.10

Page 2 of 2